■ In the Matter of WILLIAM HOGE, Appellant, for the Dissolution of SELECT FABRICATORS, INC., et al., Respondents. SELECT FABRICATORS, INC., Plaintiff, v WILLIAM HOGE et al., Appellants. [945 NYS2d 895]—Appeal from an order of the Supreme Court, Ontario County (Kenneth R. Fisher, J.), entered April 27, 2011. The order denied petitioner's motion to reargue his opposition to respondents' motion for partial summary judgment seeking the dismissal of his "counterclaims."

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983,

984 [1990]). Present—Smith, J.P., Fahey, Peradotto and Lindley, JJ.